UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JASMINE TORO,                                               :
:
                       Plaintiff,         :
:         22-CV-7819 (VSB)
       -against-                                          :
:              **ORDER**
ARCH DRAFTING SUPPLY, INC.,                                 :
:
                       Defendant.         :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on September 13, 2022, (Doc. 1), and filed an affidavit of service on October 11, 2022, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was October 31, 2022. (*See* Doc. 6.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 10, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 9, 2022
             New York, New York

                                                    VERNON S. BRODERICK
                                                    United States District Judge